Form 91C (1/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In the Matter of:
Patti Koontz Varner                                         Case No.
Debtor.

***Notice to the Trustee: All exemptions taken herein are made to the extent of the full fair market value stated for the various items. See <u>Schwab v. Reilly</u>, 130 S. Ct. 2652 at 2668 (2010).

Debtor's Claim for Property Exemptions

I, **Patti Koontz Varner**, the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A),(B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1. REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT. (NCGS 1C-1601(a)(1)).
   Select appropriate exemption amount below:
   XX    Total net value not to exceed $35,00.00
         Total net value not to exceed $60,000.00 (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property and Address | Market Value | Mtg. Holder or Lien Holder(s) | Amount of lien | Net Value |
|---|---|---|---|---|
| 1995 Oakwood double wide with detached carport on .94 acres | $62,810.00 tax value, $55,000.00 debtor opinion | Citifinancial | $43,000.00 | $12,000.00 debtor ½ interest = $6,000.00 |
| 2 burial plots located in Roselawn Cemetery in Eden, NC | $2,400.00 debtor opinion | | | $2,400.00 |
| | | | | |
| | (a)Total Net Value | | | $8,400.00 |
| | Total Net Exemption | | | $8,400.00 |
| | (b) Unused portion of exemption, not to exceed $5,000.00 (This amount, if any, may be carried forward and used to claim an exemption in any property owned by debtor. (NCGS 1C-1601(a)(2)). | | | $5,000.00 |

2. TENANCY BY THE ENTIRETY. The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Mtg. Holder or Lien Holder(s) | Amount of lien | Net Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |

3. MOTOR VEHICLE. (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Model, Year | Market Value | Lien Holder(s) | Amount of lien | Net value |
|---|---|---|---|---|
| 2013 Nissan Murano SV 2x2 V6 w/ appr 29k miles | $20,385.00 90% NADA clean retail value | Farm Bureau Bank | $30,000.00 | 00.00 |
| | | | | |
| | (a)Statutory allowance | | | $3,500.00 |
| | (b) Amount from 1(b) above to be used in this paragraph. (A part or all of 1(b) may be used as needed.) | | | 00.00 |
| | Total net exemption: | | | 00.00 |

4. TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS. (NCGS 1C-1601(a)(5). Used by debtor or debtor's dependent. Total net value of all items claimed as exempt not to exceed $2,000)

| Description | Market Value | Holder or Lien Holder(s) | Amount of lien | Net value |
|---|---|---|---|---|
| None | | | | 00.00 |
| | | | | |
| | (a)Statutory allowance | | | 2,000.00 |
| | (b) Amount from 1(b) above to be used in this paragraph. (A part or all of 1(b) may be used as needed.) | | | 00.00 |
| | Total net exemption: | | | 00.00 |

5. PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS. (NCGS 1C-1601(a)(4). Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description of Property | Market value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| Clothing and personal | | | | 557 |
| Kitchen appliances/pots, pans, dishes, utensils, etc. | | | | 100 |
| Stove | | | | 125 |
| Refrigerator | | | | 250 |
| Freezer | | | | |
| Washing Machine | | | | 150 |
| Dryer | | | | 90 |
| China | | | | |
| Silver | | | | |
| Jewelry | | | | |
| Living room furniture and furnishings | | | | 200 |
| Den furniture and furnishings | | | | 300 |
| Bedroom furniture and furnishings | | | | 875 |
| Dining room/kitchen table and chairs/ furniture | | | | 800 |
| Lawn furniture | | | | |
| Television(s) | | | | 225 |
| Stereo/radio/tapes/cds/records/dvd(s),vcr(s) etc. | | | | 325 |
| Musical instruments | | | | 50 |
| Piano/Organ | | | | |
| Air conditioner | | | | |
| Paintings and Art | | | | 200 |
| Lawn mower | | | | 150 |
| Yard tools/hand tools | | | | 300 |
| Computer and accessories | | | | 300 |
| Animals | | | | |
| Miscellaneous | | | | |
| | Total Net Value | | | 4997 |
| (a) Statutory allowance for debtor | | | 5000.00 | 5000 |
| (b) Statutory allowance for debtor's dependents: _ dependents at $1000.00 each (not to exceed $4,000 for total dependents) | | | | |
| (c) Amount from 1 (b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.) | | | | 00.00 |
| Total Net Exemption | | | | 4997 |

6. LIFE INSURANCE. (As provided in Article X, Section 5 of North Carolina Constitution.)

| Name of Insurance Company: None | Policy No.: |
|---|---|
| Name of Insured: | Policy Date: |
| Name of Beneficiary: | Cash/Surrender Value: 00.00 |

7. PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS). (NCGS 1C-1601(a)(7). No limit on value or number of items.)

   Description:   None

8. DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION: (NCGS 1C-1601(a)(8). No limit on number or amount.)

A. $ None           Compensation for personal injury to debtor or to person whom debtor was dependent for support.
B. $ None           Compensation for death of person on whom debtor was dependent for support.
C. $ None           Compensation from private disability policies or annuities.

9. INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE (NCGS 1C-1601(a)(9). No limit on number or amount.) AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).

| Detailed Description | Value |
|---|---|
| None | |

10. COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE. (NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs. This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

| Detailed Description | Value |
|---|---|
| None | |

11. RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT. (NCGS 1C-1601(a)(11). No limit on amount.)

| Detailed Description | Value |
|---|---|
| None | |

12. ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT. (NCGS 1C-1601(a)(12). No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

| Detailed Description | Value |
|---|---|
| None | |

13. ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE. (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| anticipated **2014** IRS and NCDOR tax refund | 00.00 | | | 00.00 |
| | | | | |
| (a) Total Net Value of property claimed in paragraph 13. | | | | 00.00 |
| (b) Total amount available from paragraph 1 (b). | | | $5,000.00 | |
| (c) Less amounts available under paragraph 1 (b) which was used in other paragraphs: | | | | |
| | Paragraph 3(b) | 00.00 | | |
| | Paragraph 4(c) | 00.00 | | |
| | Paragraph 5(c) | 00.00 | | |
| | Net balance available from paragraph 1(b) | | $5,000.00 | |
| | | Total Net Exemption | | 00.00 |

14. OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:

| | |
|---|---|
| Aid to the Aged, Disabled and Families with Dependent Children, NCGS 108A-36 | |
| Aid to the Blind, NCGS 111-18 | |
| Yearly Allowance for Surviving Spouse, NCGS 30-15 | |
| North Carolina Local Government Employees Retirement Benefits, NCGS 128-3 | |
| North Carolina Teachers and State Employees Retirement Benefits, NCGS 135-9 | |
| Firemen's and Rescue Workers' Pensions, NCGS 58-86-90 | |
| Workers Compensation Benefits, NCGS 97-21 | |
| Unemployment Benefits, so long as not commingled and except for debts for necessities purchased while unemployed, NCGS 96-17 | |
| Group Insurance Proceeds, NCGS 58-58-165 | |
| Partnership Property, except on a claim against the partnership, NCGS 59-55 | |
| Wages of a Debtor Necessary for Support of Family, NCGS 1-362, ***including checking accounts and cash on hand, and other deposit accounts with money earned in the last 60 days***: **checking, savings and cash on hand** | see note to left, all claimed |
| Other | |
| TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT | See above |

15. EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:

| | |
|---|---|
| Foreign Service Retirement and Disability Payments, 22 U.S.C. §4060 | |
| Social Security Benefits, 42 U.S.C. § 407: **receives social security monthly in the amount of $796.00** | see note to left, all claimed |
| Injury or Death Compensation Payments from War Risk Hazards, 42 U.S.C. §1717 | |
| Wages of Fishermen, Seamen and Apprentices, 46 U.S.C. §§ 11108, 11109 | |
| Civil Service Retirement Benefits, 5 U.S.C. § 8346 | |
| Longshoremen and Harbor Workers | |
| Compensation Act Death and Disability Benefits, 33 U.S.C. § 916 | |
| Railroad Retirement Act Annuities and Pensions 45 U.S.C. § 231m | |
| Veterans Benefits, 38 U.S.C. § 5301 | |
| Special Pension Paid to Winners of Congressional Medal of Honor, 38 U.S.C. § 1562 | |
| Other | |
| TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT | See above |

I have lived in North Carolina continuously for the last two years.

I have or believe I have the right to sue the following person or companies or entities or have a pending or potential social security or disability claim or worker's compensation claim or other type of legal claim: **None**

DATE: December 29, 2014

/s/Patti Koontz Varner
Debtor Patti Koontz Varner