In the United Stated Bankrupcy Court
For the Middle District of North Carolina
Winston Salem Division

In re:                                                    Case No.  14-51410
Don Michael Varner, Sr.
Patti Marie Koontz Varner,
Debtors.                                                  Chapter 13


Debtor's Motion to Avoid Security Interest of
Springleaf Financial Services of America, Inc., Claim Number 1

The Debtor moves for an order pursuant to 11 U.S.C. § 522(f) and Federal Rules of
Bankruptcy Procedure 4003(d) and 9014 to avoid the nonpossessory, nonpurchase-money
security interest held by Springleaf Financial Services of America, Inc. ("Respondent") and in
support of this motion states:

1.      The Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on 12-30-
        2014.

2.      Respondent asserts a nonpossessory, nonpurchase-money security interest in various
        household goods of the Debtors as described in Claim number 1(the "Property") of the
        Debtor, in which the Debtor has claimed an exemption under N.C. Gen. Stat.
        §1(c)-1601(a)(4), (5), or (7):

        (x) household furnishings, household goods, wearing apparel, appliances, books, animals,
crops, musical instruments, or jewelry that are held primarily for the personal, family, or
household use of the debtor or a dependent of the debtor;

        () implements, professional books, or tools, of the trade of the debtor or the trade of a
dependent of the debtor; or

        () professionally prescribed health aids for the debtor or a dependent of the debtor.

3.      The amount of the Respondent's nonpossessory, nonpurchase-money security interest as
        of the date of the petition is $606.88, approximately, though its total claim is for 5645.42.

4.      The Property is subject to the following additional liens:

| Creditor/lienholder | Date of recordation/creation | Amount of lien |
| --- | --- | --- |
| None | | |
| Total | | None |

5.      The approximate fair market value of the exempt property is $4997.00, which is less than the total amount of the exemption that the Debtor is entitled to under N.C. Gen. Stat. § 1C-1601(a)(4), (5), or (7), in the absence of any liens against the Property

6.      The Debtor states that the Respondent's security interest impairs the Debtor's exemption following the formula set forth in 11 U.S.C. § 522(f)(2):

a.      Total aggregate amount of security interest/liens      $606.88

b.      Plus value of exemption      $10,000.00 (husband and wife)

c.      Total of Aggregate amount of security interest/liens
        and value of exemption      $10,606.88

d.      Minus value of Debtor's interest in property
        in the absence of any liens:      $4997.00

e.      Extent of impairment claimed      $5609.88

        7. Because the total aggregate of the security interest/liens and the value of the exemption is $10606.88, which exceeds the value of Debtor's interest in the property by $5609.88 and because that sum equals or exceeds the amount of the security interest of $ sought to be avoided, the Respondent's security interest may be completely avoided pursuant to 11 U.S.C. § 522(f)(1).

        WHEREFORE, the Debtor respectfully requests the Court for an order that:

        Avoids the security interest held by Springleaf Financial Services of America, Inc., Claim Number 1 in its entirety.

                        /s/Thomas W. Anderson
                        Thomas W. Anderson
                        Attorney at Law
                        214 East Marion Street
                        Post Office Box 1273
                        Pilot Mountain, North Carolina  27041
                        336-368-9621
                        State Bar No. #8628

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re:                                                    Case no.  14-51410
Don Michael Varner, Sr.
Patti Marie Koontz Varner,
Debtors.                                                  Chapter 13

Certificate of Service

        This is to certify that on the below date, the undersigned served a copy of the Motion to
Avoid  Liens on Household Goods by depositing the same, enclosed in a postpaid wrapper,
properly addressed to the following parties in interest, at their last known addresses as shown
below, in a post office or official depository under the exclusive care and custody of the United
States Postal Service:

Springleaf Financial Services of America, Inc.
Attn:  Officer Managing or General Agent
PO Box 3251
Evansville, IN 47731

Springleaf Financial Services
Attn:  Officer Managing or General Agent
2133 Rockford Street, Suite 700
Mount Airy, NC 27030

Springleaf Financial
Attn:  Officer Managing or General Agent
601 NW Second Street
PO Box 59
Evansville, IN 47701

Ms. Kathryn Bringle
CHAPTER 13 OFFICE
PO Box 2115
Winston-Salem, NC 27102

Bankruptcy Court Administrator
PO Box 1828
Greensboro, NC 27402

This day:        January 20, 2015

                        /s/Courtney B. Williams
                        Courtney B. Williams