# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 14−51410

IN THE MATTER OF:
Don Michael Varner, Sr.     xxx−xx−7484
Patti Marie Koontz Varner   xxx−xx−7793
157 Carpenter Lane
Pilot Mountain, NC 27041

    Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
Motion to Avoid Lien of Springleaf Financial Services of America, Inc. regarding household goods. Filed by Debtor Don Michael Varner, Sr., Joint Debtor Patti Marie Koontz Varner.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 2/6/15 with the movant and with the U.S. Bankruptcy Court at the following address:

*226 S. Liberty Street*
*Winston−Salem, NC 27101*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 2/23/15 at 09:30 AM in the following location:

*Courtroom 1*
*First Floor*
*226 South Liberty Street*
*Winston−Salem NC 27101*

Dated: 1/21/15                                                                                                  OFFICE OF THE CLERK/gpl